**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RYAN POWNALL** : | |
| : | |
| **v.** : | |
| : | **CIVIL ACTION NO. 22-4191** |
| **LAWRENCE S. KRASNER, TRACY** : | |
| **TRIPP, AND THE CITY OF** : | |
| **PHILADELPHIA** : | |

**ORDER**

This 1st day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 22 and 24, are **GRANTED**, as follows. To the extent that Counts I and II assert claims based upon statements to the media or the press, as claims governed by qualified immunity, they are **DISMISSED** without prejudice. In all other respects, the Amended Complaint (ECF 11) is **DISMISSED** with prejudice.

                                                                                     /s/ Gerald Austin McHugh
                                                          United States District Judge