IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN POWNALL, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 2:22-cv-04191 |
| LAWRENCE S. KRASNER, et al., | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE OF FRANTZ J. DUNCAN

TO THE CLERK:

      Kindly withdraw my appearance as co-counsel on behalf of defendants Lawrence S. Krasner and Tracy Tripp.

                                      /s/ *Frantz J. Duncan*
                                      Frantz J. Duncan (Attorney I.D. 322966)

                                      *Attorney for Defendants, Lawrence S.*
                                      *Krasner and Tracy Tripp*

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000

                                      Of Counsel.

Dated: August 31, 2023